UNITED STATES DISTRICT COUR
MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | | |
|---|---|---|
| KIMBERLY BELL, as Administratix of The Estate of David Lee Fish II, | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | No. 2:13-cv-0104 |
| CUMBERLAND COUNTY, TENNESEE, BUTCH BURGESS, Individually and in his Official Capacity as Sheriff of Cumberland County, TN, and JONATHAN HUMAN, Individually and as an employee of Cumberland County, TN, and as Deputy with the Cumberland County Sheriff's Dept., | ) ) ) ) ) ) ) ) ) ) | Judge Sharp |
| Defendants. | ) | |

## ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, Defendants' *Motion for Summary Judgment* (Docket Entry No. 28) is hereby GRANTED, and the Court declines to exercise supplemental jurisdiction over the state law claims. Defendants' *Motion to Ascertain Status* (Docket Entry No. 42) is hereby DENIED as moot.

This case is hereby DISMISSED WITH PREJUDICE. The state law claims are hereby DISMISSED WITHOUT PREJUDICE.

The Clerk is directed to enter judgment in a separate document in accordance with Federal Rule of Civil Procedure 58.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE